**EXHIBIT A**

**CONSUMER LOAN AND ARBITRATION AGREEMENT**
**Lender:**
FSST Management Services, LLC, d/b/a 605 Lending (referred hereinafter as "605 Lending, LLC")
**Mailing Address:**
P.O Box 305
Flandreau, SD 57028
Telephone: 833.605.5363
Fax Number: 833.329.6055
customerservice@605lending.com

In this Consumer Loan and Arbitration Agreement (the "Agreement"), "you" and "your" refer to the Borrower identified above. "It," "its," and "Lender" refer to FSST Management Services, LLC doing business as 605 Lending, a tribally licensed entity and arm of the Flandreau Santee Sioux Tribe, a federally recognized Indian tribe. "Loan" means this consumer installment loan.

The disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain in the United States. The Lenders' inclusion of these disclosures does not mean that the lender or any subsequent holder of the Agreement consents to application of any state or federal law to the lender, the Loan, or this agreement. The table below details the maximum payments and costs to the extent periodic payments are made for the full cycle of the loan which can be reduced upon early payment of the Loan.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 775.30% | $1788.00 | $450.00 | $2,238.00 |

**Your payment schedule will be:**

| Date | Amount |
|---|---|
| 05/28/2021 | $139.84 |
| 06/15/2021 | $139.84 |
| 06/30/2021 | $139.84 |
| 07/15/2021 | $139.84 |
| 07/30/2021 | $139.84 |
| 08/13/2021 | $139.84 |
| 08/31/2021 | $139.84 |
| 09/15/2021 | $139.84 |
| 09/30/2021 | $139.84 |
| 10/15/2021 | $139.84 |
| 10/29/2021 | $139.84 |

| | |
|---|---|
| 11/15/2021 | $139.84 |
| 11/30/2021 | $139.84 |
| 12/15/2021 | $139.84 |
| 12/31/2021 | $139.84 |
| 01/14/2022 | $140.40 |

**Security.** This loan is unsecured.

**Returned Payment Fee.** If any payment provided to us is returned for nonpayment, you will be charged a fee of $25.00.

**Prepayment.** If you repay this loan early, you will not have to pay a penalty and you will not be entitled to a refund of any portion of the finance charges already paid. See Agreement below for additional information about non-payment, default and any required repayment in full before the scheduled date.

**ITEMIZATION OF AMOUNT FINANCED: $450.00**
**AMOUNT GIVEN TO YOU DIRECTLY: $450.00**
**LOAN PROCEEDS PAID ON YOUR ACCOUNT: $0.00**

1. **PROMISE TO PAY.** You promise to pay to the order of Lender the principal sum of $450.00 plus interest at the rate of 775.2973% per annum from the date of this Loan until this Loan is repaid in full. You promise to pay these amounts in installments on the dates, and in the amounts listed in the Payment Schedule above. You also promise to pay to the Lender or to any subsequent holder of the Agreement any other fees provided for under this Agreement.

2. **AUTHORIZATION.** You represent that all bank account and other credit information provided by you is correct. You agree not to close the bank account from which you have authorized payment to be debited unless your payment authorization is terminated as provided in this Agreement. If your check, bank draft, electronic funds transfer ("EFT"), or Automated Clearing House ("ACH") transaction is returned for insufficient funds, the Lender will charge you, and you will pay an additional $30 each time it is returned. You authorize the lender or any collection agency which it designates to collect all amounts owing hereunder, including, without limitation, all collection agency fees, through the use of one or more check, bank drafts, EFT, or ACH transactions. You agree and consent to be contacted by the lender's agents, employees, affiliates, loan servicing companies, and third-party collectors through the use of email, and/or telephone, and/or SMS text messages to your cellular, home, or work numbers, as well as any other telephone number you have provided in conjunction with this loan, including the use of automatic telephone dialing systems, auto dialers, and/or artificial or prerecorded voice messaging. You understand and agree that this right does not constitute a security interest. You may make different payment arrangements with the Lender at the time you enter into the Agreement if you do not wish to consent to pre-authorized EFT of ACH transactions. At this time, you acknowledge that you have been advised that your consent to pre-authorized EFT as a means of repayment is not a condition of the lender's extension of this loan. You authorize the Lender to obtain and verify the information provided to it in connection with your Loan application, including from a consumer reporting agency or other sources.

3. **LOAN PROCEEDS.** Lender makes loan proceeds available on the business day following the date of this transaction without additional charge. If, at your election made before 2:00 p.m. Central Time on a business day, you request that the loan process be made available on the same say, a wire transfer fee of up to $25, payable to Lender's U.S. administrator, will be imposed. This fee will be deducted from the loan proceeds before the proceeds are sent to your account.

4. **RECISSION.** You have the right to rescind this Agreement without incurring any fee if the amount borrowed is returned in full to the Lender. The amount must be returned to the Lender before the close of business on the next business day following the day that the loan proceeds were delivered to you.

5. **PAYMENT AUTHORIZATION AGREEMENT**

**ACH CREDIT AND DEBIT AUTHORIZATION**

After the non-payment of any payment due under this agreement, the Lender and its agents are authorized, to initiate a charge to any of my depository accounts at any institution, by ACH or otherwise, for the principal and accrued interest then due in accordance with this Agreement. I may revoke the authorization to affect an ACH debit entry at any time, but I may not revoke the authorization to prepare and submit drafts on my behalf until such times as the loan is paid in full. Any such revocation must be in writing and in a manner which affords the Lender and my financial institution a reasonable opportunity to act prior to the maturity of my loan. This notification must delivered to Lender at the address set forth above. You may choose to make different payment arrangements if you do not wish to use EFT or ACH transactions. If you elect to utilize different payment arrangements, you must make arrangements with the Lender by 5:00 P.M. Central Standard Time (CST), at least three business days prior to the Payment Due Date, to prevent an ACH debit entry from being initiated. Electronic check is the available alternate method of payment, and you have the option to pay each payment owing under this Agreement by electronic check. If you elect to utilize electronic check as a payment, you may contact the Lender at 833.605.5363.

**REMOTELY CREATED CHECK (RCC) AUTHORIZATION**

If you elect to make your payments by remotely created check (otherwise known as a demand, draft, telecheck, preauthorized draft or paper draft), then by electronically signing this Payment Authorization Agreement you authorize Lender to create checks bearing your name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your bank account below, and to submit each check for payment to your bank or financial institution ("Remotely Created Check") in the amount of each payment due, under the payment schedule or otherwise to Lender under this Agreement or any amount on any dates on which you and Lender later agree.

If a remotely Created Check is returned unpaid by your bank or financial institution, then you authorize Lender to create and submit a Remotely Created Check for any late fees or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe the Lender charged your bank in a manner not contemplated by this Payment Authorization Agreement, then please contact Lender.

6. **DEFAULT.** "Default" is an event that would constitute an event of default. An event of default with respect to this Agreement occurs if: (a) you provide false or misleading information about yourself, your employment, or your financial condition prior to entering into this Agreement; (b) if you fail to make a payment by the due date; (c) if your payment is returned to the Lender for any reason; or (d) if you file bankruptcy or became a debtor under the Federal Bankruptcy Laws.

7. **CONSEQUENCES OF DEFAULT.** Upon default, the Lender may declare the entire unpaid principal balance and all unpaid interest immediately due, and you agree to pay that amount. Further, the Lender may, at its option, do one or more of the following: (a) require you to immediately pay the Lender everything you owe the Lender; (b) if you have not terminated or opted out of an ACH authorization, lender will withdraw money from your bank account that was not available when the Lender tried to withdraw it at an earlier time; and (c) pursue all legally available means to collect what you owe the Lender.

8. **WIRELESS POLICY.** By providing your cell phone number, you have provided the lender and its agents with consent to send you text messages in conjunction with the services you have requested. Your cellular provider's message and data rates may apply to the Lender's confirmation message and all subsequent messages. You understand the text messages the lender sends may be seen by anyone with access to your phone. Accordingly, you should take steps to safeguard your phone and your text messages, if you want them to remain private. Please notify the Lender immediately if you change mobile numbers or if you no longer wish to accept text messages because your phone is not properly safeguarded. If the lender modifies this Text Message policy, it will notify you by sending you a text message with a link to the new policy, or by providing it on the company's website for your retrieval and review. The Lender may terminate its text message program at any time. If you have any questions about this policy, would like the Lender to mail you a paper copy of this policy, or are having problems receiving or stopping the Lender's text messages, please contact it at the following address: 605 Lending LLC, P.O Box 305, Flandreau, SD 57028. You agree and consent to be contacted by the Lender, its agents, employees, affiliates, loan servicing companies, and third-party collectors through the use of email, telephone calls, facsimiles and/or SMS text messages to your cellular,

pager, facsimile, home or work numbers, as well as any other telephone number you have provided in conjunction with this loan, including the use of automatic telephone dialing systems, auto dialers, or an artificial or prerecorded voice for the purposes of providing service to you for this Loan, and service and offers for related products and services. You consent to the Lender's use of your personal information to provide the services you have requested, including services that display customized content and advertising. You further authorize the Lender to contact you about other products and services offered by the Lender.

**OPT-OUT OR STOP**
This policy applies to the text messages sent by Lender to its customers while and after they are subject to the requirements of this Agreement. If you wish to stop receiving marketing text messages from us, reply to any text messages the Lender has sent you and in the reply simply type STOP. If you wish to stop receiving all text messages from us, including those with information about payment due dates or missed payments, type STOP ALL in the reply text you send us. Your stop request will became effective within one day. You may also stop text messages by calling the Lender or emailing it using the contact information below.

9. **REGULATION E DISCLOSURE.** he purpose of this disclosure is to set forth the terms governing electronic fund transfer services offered by the Lender to you on accounts established primarily for personal, family, or household purposes for transactions which are governed by Regulation E and to make certain disclosures relative to these which are required by law. The terms set forth in this disclosure are in addition to those set forth in this Consumer Loan Note and Arbitration Agreement.

**Fees for Electronic Transfers.** The amounts of the various fees mentioned in this section which are charged by the Lender are set forth in the Consumer Loan Note and Arbitration Agreement.

**In Case of Errors or Questions about your Electronic Transfers,** telephone or write the Lender at the telephone number or address shown below as soon as you can if you think you were incorrectly charged, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

P.O Box 305
Flandreau, SD 57028
833.605.5363

Customer Service Hours are: 8:00 a.m. – 5:00 p.m. (Central Time) Monday through Friday (excluding Holidays). For purposes of this disclosure, the Lender's business days are Monday through Friday. Holidays are not included. The Lender must hear from you no later than 60 days after it sent the FIRST statement on which the problem or error appeared. Tell the Lender's representative your name and account number. Describe the error or explain as clearly as you can why you believe it is an error or why you need more information. Tell the representative the dollar amount of the suspected error. If you tell us orally, we will require that you send us your complaint or question in writing within 10 business days.

**Your Right with Respect to Preauthorized Payments.** You have told the Lender in advance to make regular payments out of your account. You can stop any of these payments, at any time. Here's how: Call the Lender at the telephone number referred to above or write the Lender at the address indicated above in time for the Lender to receive your request at least three (3) business days or more before the payment is scheduled to be made. If you call, the Lender may also require you to put your request in writing and get it to it within 14 days after you call. The Lender reserves the right to charge you a fee of $30 for each stop payment order you give. If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and the lender does not do so, the lender will be liable for your losses or damages

**Privacy of Your Information.** The privacy of your information is very important to us. The Lender will treat your information as described in the Lender's Privacy Policy, which you can find by going to the lender's website at:www.605lending.com. You can also contact the Lender at the phone number or address above to request a paper copy.

10. **ARBITRATION AGREEMENT AND WAIVER OF JURY TRIAL.** (a) Arbitration is a process in which persons with a dispute: (i) waive their rights to file a lawsuit and proceed in court and have a jury trial to resolve their disputes; and (ii)

agree, instead, to submit their disputes to a neutral third person ("an arbitrator") for a resolution of the matter at issue. Each party to the dispute has an opportunity to present evidence to the arbitrator. Pre-arbitration discovery may be limited. Arbitration proceedings are private, less formal than courts trials, and can often result in cost savings for the parties. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced with a court judgment. A court rarely overturns an arbitrator's decision because both parties voluntarily agree to arbitrate the matter.

(b) **YOU ACKNOWLEDGE AND VOLUNTARILY AGREE AS FOLLOWS:** For purposes of this arbitration provisions and this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (i) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Agreement, the validity and scope of this Agreement, and any claim or attempt to set aside the Agreement, (ii) all claims, disputes, or controversies arising from or relating directly or indirectly to this Agreement, the information you gave the Lender before entering into the Agreement, including the Customer Application, and/or any past agreement or agreements between you and the Lender; (iii) all counterclaims, cross-claims, and third-party claims; (iv) all common law claims based upon contract, tort, fraud, or other intentional tort; (v) all claims based upon a violation of any applicable constitution, statute, ordinance or regulation; (vi) all claims asserted by the Lender against you, including claims for money damages to collect any sum the Lender claims you owe it; (vii) all claims asserted by you individually against the lender and/or any of its employees, agents, directors, officers, shareholders, governors, managers, members, or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (viii) all claims asserted on your behalf by another person; (ix) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against the Lender and/or related third parties (hereinafter referred to as "Representative Claims"); and/or (x) all claims arising from or relating directly or indirectly to the disclosure by the Lender or related third parties of any non-public personal information about you. The Lender has a policy of arbitrating all disputes regardless of whether said disputes involve the Lender or related third parties (as defined below).

(c) **By voluntarily entering into this Agreement including the arbitration provisions of the Section 10: (i) YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST THE LENDER OR RELATED THIRD PARTIES; (ii) YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT, OTHER THAN THE COURTS OF THE FLANDREAU SANTEE SIOUX TRIBE, TO WHOSE JURISDICTION YOU EXPLICITLY CONSENT DURING THE TERM OF THE AGREEMENT, RESOLVE ANY DISPUTE ALLEGED AGAINST THE LENDER OR RELATED THIRD PARTIES; and (iii) YOU ARE WAIVING YOU RIGHT TO SERVE AS A REPRESENTATIVE, A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST THE LENDER AND/OR RELATED THIRD PARTIES.**

(d) **Except as provided in Paragraph 10(i) below, all disputes, including any Representative Claims against the Lender and/or related third parties (as defined above), shall be resolved by confidential and private binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION. SPECIFICALLY, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

(e) Any party to a dispute, including related third parties, may send the other party written notice by certified or registered mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879, http://www.adr.org), or JAMS (1-800-352-5267, http://www.jamsadr.com). However, the parties may agree to select a local arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration will respond in writing by certified or registered mail, return receipt requested, within twenty (20) business days. If you demand arbitration, you must inform the Lender in your demand of the arbitration organization you have selected or whether you desire to select a local arbitrator. If related third parties or the Lender demand arbitration, you must notify the Lender within twenty (20) business days in writing, by certified mail return receipt requested, of your decision to select an arbitration organization or your desire to select a local arbitrator. If you fail to notify the Lender, then the Lender will have the right to select an arbitration organization or local arbitrator. The parties to such dispute will be governed by the rules and procedures of such arbitration organization

applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the arbitration organization list above.

(f) You (and not Lender) have the sole and unfettered right to reject arbitration as a means of resolving disputes at any time within seven (7) calendar days following your signature on this Agreement. That is, if, after signing this arbitration provision, you choose to not to be bound by it, then you can reject arbitration by giving notice of rejection of arbitration by certified or registered mail, return receipt requested, to Lender at its address for notices specified in this Agreement, postmarked within seven days following your signature hereon. No particular form of notice is required. You cannot reject arbitration after the seventh day following the date of your signature of this Agreement.

(g) If you demand arbitration, then at your request the Lender will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing, and arbitrator's fees ("Arbitration Fees"). If related third parties or the Lender demand arbitration, then at your written request, the Lender will advance your portion of the Arbitration Fees. Throughout the arbitration, each party shall bear their own attorneys' fees and expenses, including witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, or within 30 miles from such county, or in such other place as shall be ordered by the arbitrator. The arbitrator may decide with or without and hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. In conducting the arbitration, the arbitrator shall not apply any tribal, federal or state rules of civil procedure or evidence. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filled ONLY with the courts of the Flandreau Santee Sioux Tribe, to whose jurisdiction, you hereby, explicitly consent to during the term of this Agreement. You further agree to purposefully avail yourself of the Jurisdiction of the Flandreau Santee Sioux Tribal Court. If allowed by applicable statute or applicable law, the arbitrator may award you statutory damages and/or your reasonable attorneys' fees and expenses. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing the Lender for your portion of the Arbitration Fees.

(h) If, after finding in your favor in any request on the merits of your claim, the arbitrator issues you an award that is greater than the value of Lender's last written settlement offer made before an arbitrator was appointed and confirmed, then Lender will: (a) pay you the amount of the award for $2,500 ("the alternative payment"), or the amount of Lender's last written settlement offer made before an arbitrator was appointed, whichever is greater; and (b) pay your attorney, if any, reasonable attorneys' fees, and recoverable costs incurred in preparing and pursing your claim in arbitration ("the attorney premium"). If Lender did not make a written offer to settle the dispute before an arbitrator was selected, your attorney and you will be entitled to receive both the alternative payment and the attorney premium if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, and the alternative payment and the attorney premium at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits. The right to attorneys' fees and expenses discussed in the paragraph supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorneys' fees or costs.

(i) This arbitration clause is made pursuant to a transaction involving Indian commerce and shall be governed by the United States Federal Arbitration Act ("FAA"). If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, which the FAA does not apply to this transaction, then the lender's agreement to arbitrate shall be governed by the arbitration law of Flandreau Santee Sioux Tribe. You acknowledge and agree that this Agreement, including arbitration provisions of this Section 10, is entered into voluntarily, and is binding upon and benefits both parties' respective heirs, successors, and assigns. The arbitration and class action waiver provisions set forth in the arbitration provisions of this Agreement continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The arbitration and class action waiver provisions survive any termination, amendment, expiration, or performance of any transaction between you and the Lender, and continues in full force and effect unless you and the Lender otherwise agree in writing.

11. **Notices.** Except as otherwise provided in the Agreement, you specifically agree that all notices required to be sent to

you are effective when mailed or delivered to your last known mail or e-mail address as identified in the Lender's records. You agree that the Lender may send or provide by electronic communication any notice, communication, disclosure amendment or replacement to the Agreement. All notices to the Lender must be mailed to 605 Lending LLC at the following mailing address: P.O Box 305, Flandreau, SD 57028.

12. **Governing Law.** This agreement is made and accepted in the sovereign territory of the Lender in the Flandreau Santee Sioux Tribe and shall be governed by the applicable tribal and substantive law of the Flandreau Santee Sioux Tribe, including, but not limited to the Tribal Financial Services Regulatory Act, without regard to conflicts of law principles, except that the arbitration provisions will be governed by the United States Federal Arbitration Act. This governing law provision applies no matter where you reside at the time you request your loan from Flandreau Santee Sioux Tribe. For the avoidance of doubt, it is not intended and shall not be interpreted that the State of South Dakota has lawful authority to regulate the Business or any activities of the Lender or its officers, employees, or agents, or this Agreement. The parties agree that this Agreement's acceptance and performance is entered into on the Flandreau Santee Sioux Tribe Reservation (the "Reservation") and within the jurisdiction of the Flandreau Santee Sioux Tribe, and that all signatures are equally effective when actually signed on the Reservation, or electronically or physically sent to the Reservation. The parties further agree that all negotiations, verifications, and communications between the parties have occurred on the Reservation, although they may be been completed using technological aids. The lender has accepted the Note and this agreement on the Flandreau Santee Sioux Reservation.

13. **Third Party Beneficiaries, Assignment of Rights.** The parties do not intend the benefits of this Agreement to inure to any third party, and nothing contained herein shall be construed as creating any right, claim or cause of action in favor of any such third party. You may not assign the Agreement to any other party. The Lender may assign the Agreement or delegate any or all of the lender's rights and duties under the Agreement to any third party without notifying you.

14. **Entire Agreement.** This Agreement constitutes the entire agreement between the parties and supersedes all prior agreements, understandings, statements or proposals, and representations, whether written or oral. The Agreement, including the provisions of this Section, may not be modified except by written amendment signed by both parties.

15. **Tribal Sovereign Immunity.** The Lender is an arm of the Flandreau Santee Sioux Tribe, and has been granted the privilege of sovereign immunity by virtue of the Flandreau Santee Sioux Tribe Executive Committee and the Flandreau Santee Sioux Tribe Law and Order Code. Nothing in this agreement expressly, or impliedly, waives or diminishes the sovereign immunity of the Lender, or the Flandreau Santee Sioux Tribe, or either entity's agents, employees, elected officials, departments or businesses in any forum, tribunal, or proceeding. This agreement further does not give the consent of the Flandreau Santee Sioux Tribe or the Lender to be sued in any court or tribunal for any reason.

16. **Usury.** This transaction evidenced by this Agreement does not violate any Law of the Flandreau Santee Sioux Tribe pertaining to usury of the payment of interest on loans.

17. **No Waiver; Cumulative Remedies.** No failure or delay on the part of the Lender in exercising any right, power, or remedy under the Loan Documents shall operate as a waiver thereof, nor shall any single or partial exercise of any such right, power, or remedy preclude any other or further exercise thereof or the exercise of any other right, power or remedy under this Agreement. The remedies provided in this are cumulative and not exclusive of any remedies provided by Law.

18. **Amendments.** No amendment or waiver of any provision of this Agreement, nor consent to any departure by you therefrom, shall in any event be effective unless the same shall be in writing and signed by the Lender, and such amendment, waiver or consent shall be effective only in the specific instance and for the specific purpose for which given.

19. **Severability of Provisions.** Any provision of this Agreement which is prohibited or unenforceable shall be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof.

**BY SIGNING BELOW, YOU AGREE THAT YOU HAVE CAREFULLY READ AND UNDERSTOOD ALL THE TERMS OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION THE AGREEMENT TO ARBITRATE ALL DISPUTES AND NOT TO PARTICIPATE**

**IN CLASS ACTION, AND YOU ACCEPT ALL OF THESE TERMS. I FURTHER ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT.**

**CUSTOMER SIGNATURE & DATE**

Joshua Harris ███████████████

Customer: █████████████

Address: █████████████

City, State Zip: █████████████

**Payment Authorization Agreement**

•

The undersigned customer ("You") entered into a Consumer Loan and Arbitration Agreement (the "Agreement") with FSST Management Services, LLC doing business as 605 Lending ("Lender") on the date indicated below. The Agreement included a schedule of payments and payment dates on which you authorized the Lender to initiate an ACH debit entry to your bank account(s). You desire to make a payment on your account in an amount and/or on a date different than the original payment schedule. You hereby authorize Lender to initiate ACH debit entries from the bank account indicated below in the amounts and on the dates listed below for payments on amounts owing in connection with the Agreement, including without limitation all principal amounts, finance charges, service fees, returned item fees and collection fees. In the event Lender is unable to initiate ACH credit and debit entries to the bank account indicated below, you authorize Lender to initiate charges to any one of a debit card, a substitute to remotely generated check or a reverse wire, all which will be debited from the bank account indicated below.

This authorization shall remain in full force and effect until the Lender has received a written notice of termination from you in such time and manner as to Lender a reasonable opportunity to act upon such termination. If any payment date is not a business day, the debit authorized by the Authorization will occur on the next business day. Other than this updated Payment Authorization Agreement, the terms of the Agreement shall remain in full force and effect.

Customer Name: Joshua Harris

Loan Number:
Date of Loan Agreement: 05/18/2021

**Depository/Bank Account Information:**
Bank Name:
Routing Number:
Account Number:

Date: 05/18/2021
Amount: $450.00

**Customer Signature & Date:**
Joshua Harris
Name: Joshua Harris
Address:
City, State Zip:
Date & Time: Tue May 18 2021 13:26:26 GMT-0500 (Central Daylight Time)

**<u>EXHIBIT B</u>**

2/9/22, 10:03 AM                    Steve Christensen - Chief Operating Officer - FSST Management Services | LinkedIn

 | Steve Christensen | 



## Steve Christensen

COO FSST Management Services

Flandreau, South Dakota, United States · 58 connections

Join to Connect

 **FSST Management Services**

 **Dakota State University**

# Activity

**Met this young man on Wednesday. Just passed his real estate exam but really struggling. Homeless in January and February to pay for his real...**

 | Steve Christensen | 

## Experience



### Chief Operating Officer
FSST Management Services

Dec 2015 - Present · 6 years 3 months

Flandreau, SD

Lead a team of loan specialist that provide short term and installment loans.

### Partner
Arrowhead Consulting Group

Feb 2013 - Nov 2015 · 2 years 10 months

Sioux Falls, South Dakota Area

Casino Operational and Management Consulting .

### General Manager
Royal River Casino and Hotel

Apr 2010 - Feb 2013 · 2 years 11 months

Flandreau, SD

Oversee a 250 employee casino, restaurant and hotel. Responsible for forecasting, budgeting and operations of the facility.

### Technician
Elite Business Systems

Oct 2008 - Apr 2010 · 1 year 7 months

Sioux Falls, South Dakota Area

Provide technical installation and service of office equipment and networking.

## Education

### Dakota State University
Computer Science

1987 - 1988

2/9/22, 10:03 AM                    Steve Christensen - Chief Operating Officer - FSST Management Services | LinkedIn

 | Steve Christensen | 

Associate's degree · Electrical, Electronics and Communications Engineering

1984 - 1985

---

## View Steve's full profile

See who you know in common

Get introduced

Contact Steve directly

( **Join to view full profile** )

# People also viewed

 **Dustin Dernier**
CEO at FSST Management Services
Kansas City Metropolitan Area

 **Todd O'Riley**
Dakota Connection Casino
Sisseton, SD

 **Karlene French**
Director Of Client Relations at Royal Hotel Group
Edmonton, AB

 **Brad Copeland**
Director, Technical Support at Answers, etc
Fort Worth, TX

 **Didier Vacher**
Hotel Manager at PONANT
Krabi

 **Lynn Assimacopoulos**
Critical Care RN, Head of Home Care Agency, Nurse/Writer Consultant in LTC Agency at Home Care,
Hospital, Long Term Care

 **Steve Christensen** 

 Operations Supervisor at Kinder Morgan, Inc.
Tioga, ND

 **Shanon Kerkhove PMP,CSM**
Vice President Payments Project Portfolio Manager at The Bancorp
Greater Sioux Falls Area

 **Heather Hitterdal**
Experienced Communicator, Competent and Caring Leader
Sioux Falls, SD

**Nicholas Oyen, MSA**
Senior Consultant at Sage Project Consultants
Vermillion, SD

**Show more profiles**

# Others named **Steve Christensen**

**Steve Christensen**
Leading supply chain transformation.
Greater Milwaukee

**Steve Christensen**
owner at richins car service
Draper, UT

**Steve Christensen**
Employee Benefits Consultant at J. D. Fulwiler & Company
Portland, OR

**Steve Christensen**
Owner Christensen Tire & Automotive
Plano, TX

**Steve Christensen**
Sales Marketing Manager, Procurement Manager at Legacy Electronics Corp
Sylva, NC

431 others named Steve Christensen are on LinkedIn

2/9/22, 10:03 AM                    Steve Christensen - Chief Operating Officer - FSST Management Services | LinkedIn

 Steve Christensen                                                                    

# Add new skills with these courses

### Measuring Business Performance

### Behavioral Finance Foundations

### Audit and Due Diligence: Priorities and Best Practices

See all courses

## Steve's public profile badge

Include this LinkedIn profile on other websites

**Steve Christensen**
COO FSST Management Services

Chief Operating Officer at FSST Management Services

Dakota State University

View profile

View profile badges

© 2022                                          About

Accessibility                                   User Agreement

Privacy Policy                                  Cookie Policy

Copyright Policy                                Brand Policy

Guest Controls                                  Community Guidelines

Language

**<u>EXHIBIT C</u>**

 | Dustin Dernier       



# Dustin Dernier

CEO at FSST Management Services

Kansas City Metropolitan Area · 455 connections

Join to Connect

 **FSST Management Services**

---

# Activity

## https://lnkd.in/e9YxZyZD

Shared by Dustin Dernier

 **Dustin Dernier** 



**Don't send me a picture of that!! I received a text message from a member of my team with a picture attached. It read, "I am sorry, but I will be...**

Liked by Dustin Dernier

---

# Experience

 **CEO**
FSST Management Services
Aug 2017 - Present · 4 years 7 months

 **eFinance Call Center Support**
6 years 8 months

**President**
Dec 2013 - Jul 2016 · 2 years 8 months
Lenexa, KS

**Vice President**
Dec 2009 - Dec 2013 · 4 years 1 month

 **General Manager**
PDL Support
Dec 2003 - Dec 2009 · 6 years 1 month

Kansas City, Missouri Area

**United Steel Erectors**

Dustin Dernier - CEO - FSST Management Services | LinkedIn



| Dustin Dernier |



**President**
2000 – 2003 · 3 years

**President**
2000 – 2003 · 3 years

**President**
2000 – 2003 · 3 years

**President**
2000 – 2003 · 3 years

**President**
2000 – 2003 · 3 years

**President**
2000 – 2003 · 3 years

# Organizations

**www.sclerodermasupport.org**
Board Member
May 2011 – Present

## View Dustin's full profile

- See who you know in common
- Get introduced
- Contact Dustin directly

( Join to view full profile )

 **in** | Dustin Dernier | 

~~People also viewed~~


**Steve Christensen**
COO FSST Management Services
Flandreau, SD


**John Jacobs**
Chief Information Officer at JE Dunn Construction
Kansas City, MO


**Nick Anderson**
Owner at Concrete Dynamics llc
Greater Minneapolis-St. Paul Area


**Larry Marshall**
Owner at Speedy's Food & Liquor
Kansas City, MO


**Kris Dubas**
Sales Representative at Edward's Stone
Lincoln, NE


**Zion Peled**
Diamond Marketing & Sales
Israel


**Tony Adams**
Project Manager for Starr Homes
Overland Park, KS


**Daniel Dye**
Managing Director at Trinity Distribution
Abington, MA


**Nazar Brizinov**
Chief Executive Officer, Round Sky, Inc
Las Vegas, NV


**Brian Thayer**
Vice President of Sales - Real Estate at AvidXchange, Inc.
Providence County, RI

**Show more profiles** ∨

                                                         

 **Real Estate Deal Structuring: Introduction to the Waterfall Framework**

 **Build Your Financial Literacy**

**PERSONAL FINANCE** **Personal Finance Tips and Tricks**

See all courses

# Dustin's public profile badge

Include this LinkedIn profile on other websites

 **Dustin Dernier**
CEO at FSST Management Services

 CEO at FSST Management Services

View profile                                                                Linked**in**

View profile badges

Linked**in** © 2022                         About

Accessibility                              User Agreement

Privacy Policy                             Cookie Policy

Copyright Policy                           Brand Policy

Guest Controls                             Community Guidelines

Language ⌄