**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA HARRIS, )<br>on behalf of Plaintiff and the class members )<br>described below, )<br>    )<br>        Plaintiff, )<br>    )<br>    vs. )<br>    )<br>FSST MANAGEMENT SERVICES, LLC )<br>d/b/a 605 Lending, )<br>FIRST DIRECT MEDIATION, INC., )<br>STEVE CHRISTENSEN, )<br>DUSTIN DERNIER, )<br>and JOHN DOES 1-20, )<br>    )<br>        Defendants. ) | Case No.: 1:22-cv-01063<br><br>Judge Harry D. Leinenweber |

**NOTICE OF DISMSSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joshua Harris voluntarily dismisses this case without prejudice.

                                                                        Respectfully submitted,

                                                                        */s/ Matthew J. Goldstein*
                                                                        Matthew J. Goldstein

Daniel A. Edelman
Tara Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

1

**CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Tuesday, December 5, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein


Daniel A. Edelman
Tara Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com