**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Joshua Harris

                              Plaintiff,

v.                                                 Case No.: 1:22–cv–01063
                                                          Honorable Harry D. Leinenweber

FSST Management Services, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joshua Harris voluntarily dismisses this case without prejudice. Civil case terminated. Mailed noitice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.